ALEX AUERBACH et al., Appellants, *v.* COMMERCIAL CAPITAL CORPORATION, Respondent.

Submitted October 2, 1950; decided October 5, 1950.

*David Haar* for motion.

*Samuel Shapiro* opposed.

As to all plaintiffs, except Barrett, motion denied without prejudice to such action by defendant as may be advised pursuant to the procedure provided by rule I of the Rules of the Court of Appeals.

ROBERTS NUMBERING MACHINE COMPANY, INC., Respondent, *v.* BLACK HEAT ELECTRIC CORPORATION, Appellant.

Submitted October 2, 1950; decided October 5, 1950.

Motion for reargument denied, with $10 costs and necessary printing disbursements.   [See 300 N. Y. 718.]